AO 440 Summons in a Civil Case

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

CASE NO.:

TRACY L. HAYS,

6:15-CV-2003-Orl-37-KRS

Plaintiff,

VS.

TIGER ALL CONTRACTORS, INC. and
ROGERIO REIS,

Defendants.
_____/

SUMMONS IN A CIVIL CASE

TO: Defendant: TIGER ALL CONTRACTORS, INC.
Registered Agent: LARSON ACCOUNTING AND CONSULTING SERVICES INC.
8615 COMMODITY CIRCLE – SUITE 06
ORLANDO, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James M. Loren, Esquire
> 100 S. Pine Island Rd – Suite 132
> Plantation, FL 33324
> Phone: 954-585-4878
> Facsimile: 954-585-4886
> E-Mail: JLoren@lorenlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

**SHERYL L. LOESCH**

_____    11/24/15
CLERK                              DATE

_____
(BY) DEPUTY CLERK