# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TRACY L. HAYS,**

    **Plaintiff,**

**v.**                                   **Case No:   6:15-cv-2003-Orl-37KRS**

**TIGER ALL CONTRACTORS, INC. and
ROGERIO REIS,**

    **Defendants.**

## O R D E R

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed March 1, 2016 (Doc. 10). The time has passed and no objections have been filed. After an independent review of the entire record herein, it is

**ORDERED** that

1. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc 10) is **ADOPTED** as the opinion of the Court;

2. The parties' Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice (Doc. No. 9) is **GRANTED IN PART** in accordance with the Report and Recommendation. The Court finds that the parties' settlement agreement (Doc. No. 9) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. The Court declines to retain jurisdiction. If the either party fails to uphold its end of the settlement agreement, a separate suit may be filed to enforce the agreement. Therefore, leaving this case open to retain jurisdiction is unnecessary

4. This case is **DISMISSED** with prejudice, The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 28th day of March, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record